UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Dennis M. Cavanaugh |
| v. | : Criminal No. 06-533 |
| ANTONIO LAZARO ROMERO, a/k/a "Lacho" | : FINAL ORDER OF FORFEITURE |

WHEREAS, a Consent Judgment and Preliminary Order of Forfeiture between the United States and the defendant, Antonio Lazaro Romero, a/k/a "Lacho" was entered into on August 8, 2006, pursuant to the terms of a Plea Agreement under which Defendant Antonio Lazaro Romero, a/k/a "Lacho" agreed, pursuant to 21 U.S.C. § 853, to the forfeiture of $1,170.00 in United States currency that was seized on June 15, 2005 by agents of United States Immigration and Customs Enforcement during execution of a search warrant at 237-239 Geneva Street, Elizabeth, New Jersey for violations of 21 U.S.C. § 846; and

WHEREAS, on, November 28, December 5, and 12, 2006, the United States published in the "Star Ledger" a notice to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; (Declaration of Aidan O'Connor, filed herein as Exhibit A); and

WHEREAS, no claims have been filed on the property by any third parties.

THEREFORE it is hereby ORDERED, ADJUDGED AND DECREED:

1. That a Final Order of Forfeiture is entered and that $1,170.00 in United States currency that was seized on June 15, 2005 by agents of U.S. Immigration and Customs

Enforcement during execution of a search warrant at 237-239 Geneva Street, Elizabeth, New Jersey is forfeited to the United States of America and no right, title or interest in the assets shall exist in any other party.

2. That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of Immigration and Customs Enforcement's mannagement of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the Immigration and Customs Enforcement into the Department of the Treasury Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 12 day of ~~February~~ March, 2009

_____
**HONORABLE DENNIS M. CAVANAUGH**
United States District Judge